UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THERESA L. PRATHER,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

CASE NO. C16-85BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**.

    (2)    Defendant's decision is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

    (3)    Judgment is for Plaintiff and this case should be closed.

Dated this 19th day of December, 2016.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER